

# Court of Appeals
### Second District of Texas

| | | |
|---|---|---|
| CHIEF JUSTICE<br>TERRIE LIVINGSTON | TIM CURRY CRIMINAL JUSTICE CENTER<br>401 W. BELKNAP, SUITE 9000<br>FORT WORTH, TEXAS 76196-0211 | CLERK<br>DEBRA SPISAK |
| JUSTICES<br>LEE ANN DAUPHINOT<br>ANNE GARDNER<br>SUE WALKER<br>BILL MEIER<br>LEE GABRIEL<br>BONNIE SUDDERTH | TEL: (817) 884-1900<br><br>FAX: (817) 884-1932<br><br>www.txcourts.gov/2ndcoa | CHIEF STAFF ATTORNEY<br>LISA M. WEST<br><br>GENERAL COUNSEL<br>CLARISSA HODGES |

April 24, 2015

Sean Lynch
Attorney at Law
956 W. Rosedale Street
Fort Worth, TX 76104
* DELIVERED VIA E-MAIL *

Alison Porterfield
Schneider Law Firm, P.C.
400 E. Weatherford St., Suite 106
Fort Worth, TX 76102
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:   02-15-00037-CV
                                                              02-15-00038-CV

          Trial Court Case Number:   360-566714-14
                                                              360-558104-14

Style:     In the Interest of L.A., a child

      You are hereby notified that appellees' brief has not been filed as required by Tex. R. App. P. 38.6(b). You are further notified that this appeal will be set for submission without appellees' brief unless you file with this court on or before **Monday, May 04, 2015,** a motion reasonably explaining the failure to file a brief and the need for an extension.  *See* Tex. R. App. P. 10.5(b), 38.6(b).

                              Respectfully yours,

                              DEBRA SPISAK, CLERK

                              *Debra Spisak*

                              By:  Rene Wallace, Deputy Clerk

cc:     Cody L. Cofer
          Cofer Law, P.C.
          111 N. Houston St., Ste. 222
          Fort Worth, TX 76102